# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Winston-Salem Division

**In Re:**

Robert L. Triplett III
Melodie A. Triplett

Case No. 02-51621

[FILED JUL 31 2002, U.S. BANKRUPTCY COURT, WINSTON-SALEM, NC]

## TRUSTEE'S REPORT OF NO DISTRIBUTION

To: The Honorable United States Bankruptcy Judge Presiding

    EDWIN H. FERGUSON JR., Trustee of the estate of the above-named Debtor(s), reports he has neither received any property nor paid any money on account of the estate, and that there is no property available for distribution from the estate over and above that exempted by the Debtor.

    WHEREFORE, he prays that this Report be approved, and that he be discharged from office.

Dated: 7/29/02

                                Edwin H. Ferguson Jr.
                                N.C. State Bar No. 6148

Of Counsel:
FERGUSON & SCARBROUGH, P.A.
65-67 McCachern Blvd, SE
P.O. Box 444
Concord, NC 28026-0444
Phone: 704-788-3211

                                Estimated time to administer case:
                                Trustee:      .4
                                Paralegal:   1.0



## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing REPORT OF NO DISTRIBUTION was duly served upon the following by depositing same enclosed in a post paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service:

>Michael D. West
>Bankruptcy Administrator
>Post Office Box 1828
>Greensboro, NC 27402

>R. Michael Wells
>Wells, Jenkins, Lucas & Jenkins PLLC
>155 Sunnynoll Ct., Ste. 200
>Winston Salem, NC 27106

This the 29th day of July, 2002.

>FERGUSON & SCARBROUGH, P.A.
>
>By: _____
>Edwin H. Ferguson, Jr.
>65-67 McCachern Blvd, SE
>P.O. Box 444
>Concord, NC 28026-0444
>Phone: 704-788-3211